```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38743
    DEBBIE BELL
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-2422
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/18/04 and confirmed on 12/13/04.

   2.  The case was dismissed after confirmation, 10/04/2007.

   3.  The Debtor paid a total of $   9035.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | SECURED | 8250.00 | 1025.49 | 5531.07 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1601.60 | .00 | .00 |
| MOTOROLA CREDIT UNION | UNSECURED | 6174.96 | .00 | .00 |
| US SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | 3100.87 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8250.00 | .00 | 10877.43 | .00 | 19127.43 |
| PRINCIPAL PAID | 5531.07 | .00 | .00 | .00 | 5531.07 |
| INTEREST PAID | 1025.49 | .00 | .00 | .00 | 1025.49 |
| TOTAL PAID | 6556.56 | .00 | .00 | .00 | 6556.56 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $   2200.00
and was paid $    100.00  direct and $   2100.00  through the plan.

The Trustee received $    378.44 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 01/10/08                 /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE  2
   CASE NO. 04 B 38743 DEBBIE BELL
```